IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


RICHARD T. STRODE,

      Appellant,

 v.
                              Case No.  5D22-1788
                              LT Case No. 2018-CC-000050-A

BANK OF AMERICA, N.A.,

      Appellee.

_____/

Decision filed June 27, 2023

Appeal from County Court
for Marion County,
Thomas P. Thompson, III, Judge.

Richard T. Strode, Ocala, pro se.

Joy Lynn Kundawala, of Cooling &
Winter, LLC, Plantation, for Appellee.


PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., and MAKAR and EDWARDS, JJ., concur.